## NET WORTH

John R. Padova - Attachment to Question II.5.

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 1,25,000 | – | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 844,660 | | Notes payable to relatives | | |
| Unlisted securities—add schedule | 33,500 | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | | |
| Real estate owned—add schedule | c | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | 1,13,000 | – | | | |
| Cash value—life insurance | | | | 14,552 | |
| Other assets—itemize: | | | | | |
| | 611,853 | – | | | |
| | 2,167 | – | | | |
| | | – | Total liabilities | | |
| | 1,500 | – | Net worth | | |
| Total assets | | | Total liabilities and net worth | | |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | Are any assets pledged? (Add schedule.) | | |
| On leases or contracts | None | | Are you defendant in any suits or legal actions? | | |
| Legal Claims ③ | | | Have you ever taken bankruptcy? | | |
| Provision for Federal Income Tax | Sewer | – | | | |
| Other special debt | None | | | | |

1) See Financial Disclosure Report (AO-10) Attachment - Ques. II-4.

2) 713 St. Georges Road, Philadelphia, PA 19119

3) See Answer to Ques. IV 10.

4) Separate Escrow act. for Solo claim.

42

Digitized by Google

| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)  Padova, John R. | 2. Court or Organization  United States District Court for the Eastern District of Pennsylvania | 3. Date of Report  11/6/91 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)  Active Judge, United States District Court for the Eastern District of Pennsylvania | 5. Report Type (check appropriate type)  _X_ Nomination, Date 11/6/91  _X_ Initial ___ Annual ___ Final | 6. Reporting Period  1/1/90 to 10/31/91 |
| 7. Chambers or Office Address  1201 Chestnut Street  Second Floor  Philadelphia, PA 19107 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ **NONE** (No reportable positions)

| Atty./Ptnr. | Padova & Lisi (7/19/91 to Present) |
|---|---|
| Atty./Ptnr. | Padova & Hinman (1/89 to 7/19/91) |

See Attachment I for continuation.

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ **NONE** (No reportable agreements)

| Padova & Hinman | Profit Sharing Plan - Benefits payable at retirement |
|---|---|
| Solo & Padova | Dissolution Distributions - law firm termination resulting in distribution of earned fees as collected and recapture of costs |

See Attachment II for continuation and further explanation.

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|

☐ **NONE** (No reportable non-investment income)

| 1989 | Padova & Hinman | Law Practice | $ 459,314. Net |
|---|---|---|---|
| 1990 | Temple University | Teaching | $ 4,000. |
| 1990 | Comcast of Phila. | Advisory Board Fee | $ 750. |
| 1990 | Padova & Hinman | Law Practice | $ 146,118. Net |
| 1991 | Temple University | Teaching | $ 2,000. |

See Attachment III for continuation.

43

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Padova, John R. | 11/6/91 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less     K = $15,001 to $50,000     L = $50,001 to $100,000     M = $100,001 to $250,000
  N = $250,001 to $500,000     O = $500,001 to $1,000,000     P = More than $1,000,000

44

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Padova, John R. | 11/6/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Exempt | If not exempt from disclosure | | |
| | (1) Amt. Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month; Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 ALLEGHENY CNTY PA INSTN (J) | B | Int | J | T | | | | | |
| 2 ALLEGHENY CNTY PA HOSP DEV AUTH REV MAGEE (J) | B | Int | K | T | | | | | |
| 3 ALLEGHENY CNTY PA ARPT REV GREATER PITTS (J) | C | Int | K | T | | | | | |
| 4 DOYLESTOWN PA HOSP AUTH HOS REV DOYLES HOS (J) | B | Int | J | T | | | | | |
| 5 MONTGOMERY CNTY PA HIGHER ED BRYN MAWR HOS (J) | B | Int | J | T | | | | | |
| 6 MONTGOMERY CNTY PA HIGHER ED & HEALTH ST JOS UN (J) | B | Int | J | T | | | | | |
| 7 MONTGOMERY CNTY PA HIGHER FRANKFORD HOS (J) | B | Int | J | T | | | | | |
| 8 MONT CNTY PA HI ED & HLTH BRYN MAWR HOS (J) | B | Int | J | T | | | | | |
| 9 MONT CNTY PA HOSP AUTH ABINGTON MEM HOS (J) | B | Int | J | T | | | | | |
| 10 PA ST UT 1ST SER (J) | C | Int | K | T | | | | | |
| 11 PA ST HIGHER EDL FACS AUTH COL & UNIV REVS (J) | B | Int | J | T | | | | | |
| 12 PA ST 1ST SER(J) | C | Int | K | T | | | | | |
| 13 PHILA PA WTR & SWR (J) | C | Int | J | T | | | | | |
| 14 UNION CNTY PA HI ED FACS BUCKNELL UNIV (J) | B | Int | J | T | | | | | |
| 15 DEL CO. PA AUTH REV VILLANOVA UNIV (J) | C | Int | K | T | | | | | |
| 16 EASTERN LEBANON SCHOOL DIST (J) | A | Int | J | T | | | | | |
| 17 PA ST INDL DEV AUTH REV (J) | B | Int | K | T | | | | | |
| 18 PHILA PA GAS WORKS REV (J) | B | Int | K | T | | | | | |
| 19 PHILA PA SCH DIST (J) | B | Int | J | T | | | | | |
| 20 BERKS-MONT PA MUNI AUTH BERKS & MONT SWR(J) | B | Int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less [See Col. B1 & B4] B=$1,001 to $2,500 C=$2,501 to $5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000
2 Value Codes: J=$15,000 or less [See Col. C1 & D3] K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000
3 Value Method Codes: Q=Appraisal [See Col. C2] R=Cost (real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Padova, John R. | 11/6/91 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for "Joint ownership of report-ing individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy,sell, merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 DAUPHIN CNTY PA GENL (J) | A | Int | J | T | | | | | |
| 2 VKM PA QUALITY MUN TR | B | Int | J | T | | | | | |
| 3 PHILA PA MUN AUTH (J) | B | Int | J | T | | | | | |
| 4 PHILA PA HOSPS & HIGH ED FAC (J) | B | Int | J | T | | | | | |
| 5 PHILA PA G.O. LOAN 169 (J) | B | Int | J | T | | | | | |
| 6 PHILA PA WTR & SWR REV 3RD SER (J) | B | Int | J | T | | | | | |
| 7 BEAVER CNTY PA INDL DEV AUTH (J) | B | Int | J | T | | | | | |
| 8 MONTGOMERY CO. PA INDL DEV AUTH (J) | D | Int | K | T | | | | | |
| 9 SAINT LUCY COUNTY FLA PLTN CTL REV (J) | A | Int | K | T | | | | | |
| 10 CAMBRIA CNTY PA IDA RES (J) | A | Int | K | T | | | | | |
| 11 PENNA HSG FIN AGY (J) | A | Int | K | T | | | | | |
| 12 PHILA PA REDV AUTH (J) | A | Int | K | T | | | | | |
| 13 COM OF PA 12/93 (J) | B | Int | K | T | | | | | |
| 14 COM OF PA 10/93 (J) | B | Int | K | T | | | | | |
| 15 CHESTER REDEV AUTH 5/92 (J) | D | Int | K | T | | | | | |
| 16 WESTMORELAND AUTH 9/97 (J) | A | Int | J | T | | | | | |
| 17 UWCHLAN TWSP 10/98 (J) | A | Int | J | T | | | | | |
| 18 CITY OF PHILA 9/97 (J) | A | Int | J | T | | | | | |
| 19 CITY WTR & SEWR 10/92 (J) | A | Int | J | T | | | | | |
| 20 CITY OF PHILA 10/2001 (J) | B | Int | J | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000

2 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to 1,000,000  P=More than $1,000,000

3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Padova, John R. | Date of Report<br>11/6/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 15-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br>Indicate, where applicable, owner of the asset by using the parenthetical (s) for joint ownership of reporting individual and spouse, "(J)" for joint ownership by spouse, "(DC)" for ownership by dependent child.<br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code¹<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value<br>Code²<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code²<br>(J-P) | (4)<br>Gain<br>Code¹<br>(A-H) | If not exempt from disclosure<br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| □ NONE (No-reportable income, assets, or transactions) | | | | | | | | | |
| 1 CITY OF PHILA  4/99 (J) | B | Int | J | T | | | | | |
| 2 CITY OF PHILA 10/92 (J) | A | Int | J | T | | | | | |
| 3 COM OF PENNA5/93  (J) | D | Int | K | T | | | | | |
| 4 CONTINENTAL BANK, PHILA PA (J & S) | C | Int | M | T | | | | | |
| 5 BENEFICIAL BANK PHILA PA (J) | A | Int | J | T | | | | | |
| 6 1201 CHESTNUT ST INC (FORMERLY PADOVA & LISI PC  COM STCK | E | Div | K | W | | | | | |
| 7 MERIDIAN OIL COMMON STK  (J) | A | Div | J | T | | | | | |
| 8 CON EDISON COM STK (DC) | A | Div | J | T | | | | | |
| 9 AMER CAP MUNI BOND FUND (J) | A | Div | J | T | | | | | |
| 10 D.J. PADOVA, TRUSTEE PHILA PA  (DC) | B | Int | J | T | | | | | |
| 11 JOHN R. PADOVA, IRA CONTINENTAL BANK | B | Int | J | T | | | | | |
| 12 ANN M. PADOVA, IRA CONTINENTAL BANK (S) | B | Int | J | T | | | | | |
| 13 PADOVA & HINMAN PROFIT SHARING PLAN | F | Int | O | W | | | | | |
| 14 BERKS & MONT SWR | B | Int | J | T | | | | | |
| 15 BLAINE MINN REV CONS | B | Int | K | T | | | | | |
| 16 PHILA PA WTR/SWR REV 1/92 | B | Int | J | T | | | | | |
| 17 PHILA PA WTR/SWR REV 1/99 | B | Int | J | T | | | | | |
| 18 PHILA PA WTR/SWR REV 1/03 | B | Int | J | T | | | | | |
| 19 BLAINE MINN REV CONS 1/04 | B | Int | K | T | | | | | |
| 20 PHILA PA AIRPT REV 6/1506 | B | Int | J | T | | | | | |

1 Income/Gain Codes:  A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to $5,000  D=$5,001 to $15,000  E=more than $15,000,000
2 Value Codes:  F=$15,001 to $50,000  G=$50,001 to $100,000  H=$100,001 to $1,000,000  (See Col. B1 & D4)
(See Col. C1 & D3)  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=more than $1,000,000
3 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

Digitized by Google

# 705

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Padova, John R. | Date of Report<br>11/6/91 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.<br>rent or<br>int.) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy,sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 TEMPLE UNIV REV 8/1/06 | B | Int | K | T | | | | | |
| 2 MONTG CTY PA IDA PCR 5/15/15 | B | Int | K | T | | | | | |
| 3 DAUPHIN CTY PA HOSP 6/1/16 | B | Int | K | T | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
(See Col. B1 & D4)  E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
1 Value Codes:  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
(See Col. C1 & D3)  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
1 Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book Value  V=Other  W=Estimated

48

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Padova, John R. | 11/6/91 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

We are attaching copies of account statements for more descriptive material pertaining to Section VII. We are also attaching a copy of the inventory of Padova & Hinman Profit Sharing Plan P/B/O John R. Padova.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _11.5-91_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

49

Digitized by Google